Judgment reversed, with costs, and demurrer overruled, with leave to the defendant to withdraw the demurrer and answer, upon payment of costs in this court and $5 costs in the court below, within five days after service of a copy of this order with notice of entry.

---

### FRISING v. COFINAS.

(Supreme Court, Appellate Term, First Department.   June 24, 1913.)

APPEAL AND ERROR (§ 127*)—DEFAULT JUDGMENT—RIGHT OF APPEAL.
    An appeal from a default judgment does not lie; but the remedy is by motion to open the default or vacate the judgment as entered without jurisdiction.
    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 885–889, 891; Dec. Dig. § 127.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by George O. Frising against Constantine Cofinas.   From a default judgment for plaintiff, defendant appeals.   Dismissed.

Argued June term, 1913, before SEABURY, PAGE, and BIJUR, JJ.

Wm. V. Zipser, of New York City (M. Spencer Bevins, of New York City, of counsel), for appellant.

Maurice A. Lynch, of New York City (Benjamin F. Donvan, of counsel), for respondent.

PER CURIAM.   There can be no appeal from a judgment entered upon a default.   The remedy is by motion to open the default, or to vacate the judgment as entered without jurisdiction.

Appeal dismissed, with $10 costs.

---

### GREATER NEW YORK FILM RENTAL CO. v. MOTION PICTURE PATENTS CO. et al.

(Supreme Court, Appellate Division, First Department.   June 20, 1913.)

PLEADING (§ 251*)—AMENDMENT—ALLOWANCE.
    A motion for leave to amend a complaint must be denied, where the proposed amendment will not materially change the original complaint or entitle plaintiff to any relief.
    [Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 734, 735; Dec. Dig. § 251.*]

Appeal from Special Term, New York County.

Action by the Greater New York Film Rental Company against the Motion Picture Patents Company and others.   From an order denying motion for leave to amend complaint, plaintiff appeals.   Order affirmed.

See, also, 150 App. Div. 922, 135 N. Y. Supp. 1115.

Argued before INGRAHAM, P. J., and LAUGHLIN, SCOTT, DOWLING, and HOTCHKISS, JJ.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes